UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

HOWARD CARTER,	)
	)
    *Plaintiff*,	)	CA. NO.	16-36 Erie
	)
v.	)
	)	ORDER ADOPTING REPORT
	)	AND RECOMMENDATION
	)	AND DISMISSING CASE
	)
KATHLEEN KANE, et al.,	)
	)
    *Defendants*.	)
	)

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Susan P. Baxter, United States Magistrate Judge, Plaintiff's Objections thereto, and the balance of the record, does hereby find that:

(1) Plaintiff filed this civil rights action on February 10, 2016. Along with this action, Plaintiff has filed six other lawsuits in this Court, Case Nos. 16-7, 16-31, 16-32, 16-33, 16-34, and 16-35;

(2) By Order dated February 18, 2016, the Magistrate Judge directed Plaintiff to pay

1

the filing fee for the instant case or seek leave to proceed *in forma pauperis* before March 1, 2016, or risk dismissal of this case for failure to prosecute. Plaintiff did not comply. On March 10, 2016, the Magistrate Judge directed Plaintiff to show cause for his failure to pay the filing fee or seek leave to proceed *in forma pauperis*. The Order further directed Plaintiff to provide a USM285 form for each named Defendant in this action. The Order expressly warned that Plaintiff's failure to comply before March 24, 2016, would result in the dismissal of this action due to Plaintiff's failure to prosecute. On March 28, 2016, Plaintiff filed a motion seeking leave to proceed *in forma pauperis*. Plaintiff's motion did not contain the requisite institutional account statement, nor did Plaintiff submit the required USM285 forms. By Order dated May 17, 2016, Plaintiff was direct to file his institutional account statement in support of his motion for *in forma pauperis status*. Plaintiff was given until June 17, 2016, to do so. The Order warned that Plaintiff's failure to comply would result in the dismissal of this action for failure to prosecute. Plaintiff failed to comply so the Magistrate Judge issued the Report and Recommendation recommending that this Court dismiss the instant lawsuit;

(3) The Court has reviewed Plaintiff's Objections to the Report and Recommendation. First, the Court notes that the Objections are not timely, filed six days after the deadline for filing objections expired. Next, Plaintiff claims that he did file the requisite institutional account statement and the required USM285 forms. The docket belies this statement. The Court notes that Plaintiff did file a second motion to proceed *in forma pauperis* on June 13, 2016, but the portion of

2

the form that is supposed to be filed out by a prison official regarding Plaintiff's institutional account is blank. Lastly, Plaintiff uses the remainder of his Objection to re-allege the complaints set forth in his complaint, allegations that are not relevant to the Court's orders to show cause. Applying the six-factor balancing test as set out by the Third Circuit in *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), the Court finds that dismissal of this case is warranted for the reasons set forth in the Report and Recommendation;

(4) Based on the foregoing, the Court HEREBY ADOPTS the Report and Recommendation;

(5) Plaintiff's motions to proceed *in forma pauperis* are HEREBY DENIED and this case is DISMISSED in its entirety;

(6) The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendants, and to Judge Baxter.

**IT IS SO ORDERED.**

DATED this 13th day of September, 2016.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge